UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL
WORKERS' INSURANCE FUND, and
SUPPLEMENTAL UNEMPLOYMENT
BENEFIT FUND OF THE ELECTRICAL
INDUSTRY, DETROIT, MICHIGAN

     Plaintiffs,

CASE NO. 06-13047

vs.

HON. DENISE PAGE HOOD

JAMES HOPKINS,

     Defendant.

_____

## STIPULATION TO ENTRY OF CONSENT JUDGMENT

The undersigned hereby stipulate to the entry of the attached Consent Judgment.

STIPULATED AND AGREED TO:

| | |
|---|---|
| s/ Hope L. Calati | s/ Franklin D. West (by HLC w/ consent) |
| HOPE L. CALATI (P54426) | FRANKLIN D. WEST (P24146) |
| SACHS WALDMAN, | Attorney for Defendant |
| PROFESSIONAL CORPORATION | 69267 N. Main St. |
| Attorneys for Plaintiffs | P.O. Box 116 |
| 1000 Farmer Street | Richmond, MI 48062 |
| Detroit, MI 48226 | (586) 727-3045 |
| (313) 965-3464 | fdw_1969@msn.com |
| hcalati@sachswaldman.com | |
| | |
| Dated: 8/17/06 | Dated: 8-11-06 |
| | |
| | s/ James R. Hopkins (by HLC w/ consent) |
| | JAMES HOPKINS |
| | Defendant |
| | 69605 Camler |
| | Armada, MI 48005 |
| | |
| | Dated: 8-11-06 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL
WORKERS' INSURANCE FUND, and
SUPPLEMENTAL UNEMPLOYMENT
BENEFIT FUND OF THE ELECTRICAL
INDUSTRY, DETROIT, MICHIGAN

    Plaintiffs,

CASE NO. 06-13047

vs.

HON. DENISE PAGE HOOD

JAMES HOPKINS,

    Defendant.

_____

| | |
|---|---|
| SACHS WALDMAN, | FRANKLIN D. WEST (P24146) |
| PROFESSIONAL CORPORATION | 69267 N. Main St. |
| GEORGE H. KRUSZEWSKI (P25857) | P.O. Box 116 |
| HOPE L. CALATI (P54426) | Richmond, MI 48062 |
| Attorneys for Plaintiffs | Attorney for Defendant |
| 1000 Farmer Street | (586) 727-3045 (phone), (586) 727-3213 (fax) |
| Detroit, Michigan 48226 | |
| (313) 965-3464 (phone), (313) 965-0268 (fax) | |

_____

## **CONSENT JUDGMENT**

    At a session of said Court, held in the City of Detroit, in the
Theodore Levin U.S. Courthouse, on <u>August 25, 2006</u>

  HON.  <u>DENISE PAGE HOOD</u>
       UNITED STATES DISTRICT JUDGE

    This matter having come before the Court on the parties' Stipulation for Entry of Consent

Judgment and the Court being fully advised in the premises,

    IT IS ORDERED THAT:

1

1.  Plaintiffs Trustees of the Electrical Workers' Insurance Fund and Trustees of the Supplemental Unemployment Benefit Fund for the Electrical Industry, Detroit, Michigan, have and recover Judgment from defendant James Hopkins ("Hopkins") in the amount of $12,990.00,[1] and plaintiffs shall have execution therefor.

2.  IT IS FURTHER ORDERED THAT post-judgment interest will accrue on the amount set forth in paragraph 1 as provided for in 28 USC 1961, and plaintiffs shall have execution therefor.

3.  IT IS FURTHER ORDERED THAT execution on the amounts set forth in paragraphs 1 and 2 shall not issue so long as defendant makes monthly installment payments on the amount of $12,160.00, plus interest, by check payable to "Electrical Workers' Fringe Benefit Funds," which check must be received in the offices day of plaintiffs' counsel, Hope L. Calati, 1000 Farmer, Detroit, Michigan 48226, on the fifth day of each month in the amount of $250.00 per month commencing with September 5, 2006, for 36 months, and in the amount of $350 per month commencing with September 5, 2009, until the amount of $12,160.00, plus interest, is paid in full. Interest on installment payments will accrue at a rate of 3.25% from the date of entry of this Judgment through the date of the last payment.

4.  Should any of the installments described in paragraph 3 above be received after its due date, defendant shall be in default hereunder, and without further application, notice, hearing

---

[1] The amount of $12,990.00 is the total of $5,920.00 in benefits paid by the Electrical Workers' Insurance Fund ("Insurance Fund"), $6,240.00 in benefits paid by the Supplemental Unemployment Benefit Fund for the Electrical Industry, Detroit, Michigan ("SUB Fund"), and $350.00 in costs and $480.00 in fees expended by plaintiffs in the prosecution of this matter.

or court order, (i) the entire amount of this Judgment, which is $12,990.00, less any payments received, plus all accrued post-judgment interest set forth in paragraph 2 shall automatically be accelerated and become immediately due and payable, and (ii) plaintiffs shall be entitled to enforce this Judgment, and exercise all of their creditor rights and remedies through all available means, and plaintiffs shall have full rights of execution thereon.

5. Acceptance by the plaintiffs of any monthly installment payments described in paragraph 3 after their respective due dates shall not alter any of the obligations of defendant under this Judgment and shall not serve as a waiver of any of plaintiffs' rights under this Judgment.

6. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment.

s/ DENISE PAGE HOOD<br>
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 25, 2006, by electronic and/or ordinary mail.

s/William F. Lewis<br>
Case Manager

3